JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSEPH NAHHAS,<br><br>       Plaintiff,<br><br>       v.<br><br>FCA US LLC ET AL.,<br><br>       Defendants. | Case № 2:23-cv-03738-ODW (PDx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 27, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**